```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**PAUL COOPER**                                                    **PLAINTIFF**

    **v.**                    **Civil No. 09-2039**

**ARKANSAS STATE HIGHWAY AND**
**TRANSPORTATION DEPARTMENT**                                      **DEFENDANTS**

## JUDGMENT

On the 17th day of August, 2010, the captioned case came on for trial on Plaintiff's race discrimination claim.  Twelve jurors were empaneled and heard the testimony of the witnesses and received documentary evidence.

At the conclusion of the evidence, having been instructed by the Court and having heard the arguments of counsel, the jury retired to deliberate, and returned a verdict on August 18, 2010, in favor of the Defendant, the Arkansas State Highway and Transportation Department.

**IT IS THEREFORE ORDERED** that Plaintiff recover nothing on his race discrimination claim against the Arkansas State Highway and Transportation Department, and his claim is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's case is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 23rd day of August, 2010.

                                          **/s/JIMM LARRY HENDREN**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**